| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>McMahon, Colleen | 2. Court or Organization<br><br>US District Court-Southern Dis | 3. Date of Report<br><br>08/07/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>500 Pearl Street<br>New York, NY 10007<br>Chambers 640 Moynihan Courthou | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust # 1 |
| 2. Trustee | Trust #2 |
| 3. Trustee | Foundation #1 |
| 4. Director | Music Bridges Internatinal Inc |
| 5. Adjunct Professor | Cardoza Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 11 A 10: 39 FINANCIAL DISCLOSURE OFFICE

McMahon_Colleen

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Cardoza Law School-teaching | $14,000.00 |
| 2. 2008 | Holy Trinity Lutheran Church-choir performance | $250.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | |
|---|---|---|
| 1. 2008 | ▓▓▓▓▓▓▓ Deferred Compensation | |
| 2. 2008 | CSG Systems Inc-Director Fee | |
| 3. 2008 | Kohl's Department Stores Inc-Director Fee | |
| 4. 2008 | Northstar Realty Finance Corp -Director Fee | |
| 5. 2008 | ▓▓▓▓▓▓ Managing Director | |
| 6. 2008 | Safe Bulkers Inc -Director Fee | |
| 7. 2008 | Jet Blue Airways Corp-Director Fee | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Morgan Stanley Venture Investors III ( IRA) | Capital Contribution | K |
| 2. Morgan Stanley Venture Investors III LP | Capital Contribution | K |
| 3. Skyline Venture Partners LP | Capital Contribution | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Thornburg Ltd. Term Muni. Fd Nat'l | C | Dividend | L | T | | | | | |
| 2. Kohl's Corp. Com (IRA) | -- | None | O | T | | | | | |
| 3. Thornberg Value Fund Class A Mut Fd. (IRA) | C | Dividend | N | T | | | | | |
| 4. PW First Jewel Associate,L.P. | G | Distribution | | | Closed | 12/31 | N | | See Note # 1 |
| 5. Morgan Stanley Venture Investors III LP (IRA) | | None | K | U | Sold (part) | 4/15 | J | | |
| 6. | | | | | Sold (part) | 10/7 | J | | |
| 7. Kohl's Corp Com (Trust #2) | | None | N | T | | | | | |
| 8. Morgan Stanley Venture Investors III LP | | None | K | U | Sold (part) | 4/15 | J | | |
| 9. | | | | | Sold (part) | 10/7 | J | | |
| 10. Psychemedics Corp. Com | A | Dividend | J | T | | | -- | | |
| 11. EES 1986 LP | | None | J | U | | | | | |
| 12. Citibank(Checking) | A | Interest | K | T | | | | | |
| 13. Skyline Venture Partners,L.P. | | None | M | U | | | | | |
| 14. MSCP III L.P. | A | Distribution | L | U | | | | | See Note # 1 |
| 15. McKinley Capital Realty Partners,LLC | | None | | | Closed | 1/2 | J | | |
| 16. ██████(1998 300,0000) | | None | N | R | | | | | |
| 17. ██████(1998 300,000) | | None | N | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bond Finance International Con Due 11/23/2058(IRA)(N/C) | | None | J | T | | | | | |
| 19. Northwestern Mututal Life | | None | J | T | | | | | ·, |
| 20. Citibank Checking (Trust # 2) | | None | J | T | | | | | |
| 21. EVILCO Life Insurnace (Trust # 1) | | None | J | T | | | | | |
| 22. Northwestern Mututal Life (Trust#1) | A | Interest | L | T | | | | | |
| 23. Northwestern Mututal Life(Trust #1) | | None | K | T | | | | | |
| 24. PHL Insurnace (Trust #1)(N/C Madison National Life Ins) | A | Interest | L | T | | | | | |
| 25. Passport Money Market Fund (IRA) | A | Dividend | J | T | | | | | |
| 26. SFM Domestic Investments LLC | E | Distribution | P1 | U | Sold (part) | 1/31 | N | | See Note # 1 |
| 27. | | | | | Buy (add'l) | 2/25 | L | | |
| 28. | | | | | Buy (add'l) | 7/24 | K | | |
| 29. | | | | | Sold (part) | 10/22 | K | | |
| 30. Sunrise Capital Special Partners, LLC | | None | J | U | | | | | |
| 31. CSG Systems International Inc.Com | | None | N | T | Buy (add'l) | 8/8 | L | | |
| 32. | | | | | Sold (part) | 10/23 | M | | |
| 33. Summit Mariner, LLC | | None | P1 | U | Buy (add'l) | 4/23 | O | | |
| 34. Skyline Venture Partners Qualified Purchase Fund II | | None | N | U | Buy (add'l) | 9/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Trident Capital Fund-IV LP | D | Distribution | L | U | Sold (part) | 9/16 | J | | See Note # 1 |
| 36.  Sentinel Capital Partners II LP | D | Distribution | K | U | Sold (part) | 10/24 | J | | See Note # 1 |
| 37.  ▓▓▓▓▓▓▓ | G | Distribution | M | U | Sold (part) | 2/22 | K | | See Note # 1 |
| 38. | | | | | Sold (part) | 2/26 | L | | |
| 39. | | | | | Sold (part) | 2/29 | N | | |
| 40.  Summit Mariner LLC/JP Morgan Checking | A | Interest | K | T | | | | | |
| 41.  Rental # 1 /JPMorgan Checking | A | Interest | M | T | | | | | |
| 42.  Rental # 1, ▓▓▓▓ (99 $ 825,000,)(06 $1,100,000)(Y) | | | | | | | | | |
| 43.  Rental # 2 New York, NY(1999 $ 900,000) | E | Rent | O | R | | | | | |
| 44.  Rental # 2/JP Morgan -Checking | A | Interest | J | T | | | | | |
| 45.  JP Morgan(Checking)- | | None | M | T | | | | | |
| 46.  Andex Resources LLC | | None | N | U | Sold (part) | 6/30 | J | | |
| 47. | | | | | Sold (part) | 10/6 | K | | |
| 48. | | | | | Sold (part) | 12/19 | K | | |
| 49.  NYS Dorm. Authority Bond 5.75% due 07/08 | E | Interest | | | Redeemed | 7/1 | O | | |
| 50.  NYS Dorm. Authority Bond 7.5% due 07/10 | C | Interest | | | Sold | 7/1 | J | | |
| 51.  JP Morgan NY Tax-Free M/M Fund | E | Interest | | | Closed | 1/3 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div., rent, or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date Month - Day | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52. Vacant Land ▓▓▓▓ (1999 $ 425,000 ) | | None | N | R | | | | | |
| 53. Five Point Fund LLC | D | Distribution | K | U | Sold (part) | 6/30 | J | | See Note # 1 |
| 54. Trident Capital Fund V LP | F | Distribution | N | U | Buy (add'l) | 3/17 | K | | See Note # 1 |
| 55. | | | | | Sold (part) | 4/22 | L | | |
| 56. | | | | | Sold (part) | 6/16 | K | | |
| 57. | | | | | Transferred (to line 362) | 10/28 | J | | See Note # 3 |
| 58. Karsch Capital II LP | G | Distribution | P1 | U | | | | | See Note # 1 |
| 59. Origin Investors LP | | None | | | Sold (part) | 3/28 | J | | |
| 60. | | | | | Sold | 6/9 | J | | |
| 61. Linx Partners (Q) LP | F | Distribution | P1 | U | Partial Sale | 2/11 | J | | See Note # 1 |
| 62. | | | | | Partial Sale | 8/21 | K | | |
| 63. Grove Capital Commitment Partners LP | | None | O | U | | | | | |
| 64. Martha's Vineyard Golf Partners LLC | | None | K | U | | | | | |
| 65. Silvaris Corp Preferred B | | None | N | U | | | | | |
| 66. NY College Savers Program Series 151 | A | Interest | | | Distributed | 6/15 | J | | |
| 67. JP Morgan (Checking) | E | Interest | O | T | | | | | |
| 68. NY State Dorm.Auth 6.1% due 07/19 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NY NY Transitional 5.3% due 11/09 | E | Interest | N | T | | | | | |
| 70. Rome NY HSG DEV 6.25% due 01/18 | D | Interest | L | T | Sold (part) | 7/1 | J | | |
| 71. Oneida Cnty NY 6.25% due 06/15 | E | Interest | O | T | | | | | |
| 72. NY City HSG Dev 5.5% due 11/09 | A | Interest | | | Sold (part) | 5/1 | J | | |
| 73. | | | | | Sold | 5/8 | J | | |
| 74. JK & B Capital IV QIP LP | | None | O | U | Buy (add'l) | 1/16 | K | | |
| 75. | | | | | Buy (add'l) | 3/19 | L | | |
| 76. | | | | | Sold (part) | 5/1 | L | | |
| 77. | | | | | Buy (add'l) | 6/2 | K | | |
| 78. | | | | | Buy (add'l) | 8/19 | L | | |
| 79. | | | | | Buy (add'l) | 11/16 | L | | |
| 80. Perseus Biopharmaceutical Investor LP | G | Distribution | O | U | Sold (part) | 2/19 | N | | See Note # 1 |
| 81. | | | | | Sold (part) | 9/10 | L | | |
| 82. | | | | | Transferred (to line 364) | 12/18 | M | | See Note # 3 |
| 83. Skyline Venture Partners Qualified Purchaser Fund III LP | G | Distribution | O | U | Buy (add'l) | 9/10 | J | | See Note # 1 |
| 84. | | | | | Buy (add'l) | 12/3 | J | | |
| 85. | | | | | Sold (part) | 6/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Towerbrook Private Equity Partners II LP | D | Distribution | J | U | Buy (add'l) | 11/16 | O | | See Note # 1 |
| 87. TCP Limited Partners LLC | | None | P1 | U | Partial Sale | 10/23 | N | | |
| 88. | | | | | Buy (add'l) | 11/3 | L | | |
| 89. Grove II LP | | None | J | U | | | | | |
| 90. Tactics II LP | E | Distribution | O | U | Buy (add'l) | 2/4 | M | | See Note #1 |
| 91. | | | | | Buy (add'l) | 8/19 | M | | |
| 92. JP Morgan Checking(Foundation #1) | A | Interest | O | T | | | | | |
| 93. MM Community Funding III Sub Note | | None | N | T | | | | | |
| 94. OR Music LLC | | None | K | U | | | | | |
| 95. The EPI Companies LLC | | None | L | U | Buy (add'l) | 7/14 | J | | |
| 96. Windstar Capital LLC Notes Receivable | | None | N | T | | | | | |
| 97. SFM Participation LP | | None | J | U | | | | | |
| 98. Capital Income Builders Fd Cl A(IRA) | B | Dividend | K | T | | | | | |
| 99. NYS Env 6.7 6/15/10 | D | Interest | M | T | | | | | |
| 100. MSILF M/M | A | Dividend | J | T | | | | | |
| 101. MSILF M/M | A | Dividend | J | T | | | | | |
| 102. MSILF M/M(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Glen Cove NY Ser A 5.375 1/15/10 | D | Interest | M | T | | | | | |
| 104. Northstar Realty Finance Corp Com | G | Dividend | P1 | T | Buy (add'l) | 5/23 | L | | |
| 105. Tidewater Acquisition Inc Com | | None | | | Sold | 2/11 | J | | |
| 106. Tidewater Acquisition Inc Pfd | B | Dividend | | | Sold | 2/11 | K | | |
| 107. ARX Global HighYield Sec Fund I LP | | None | | | Sold (part) | 7/1 | P1 | | |
| 108. | | | | | Sold | 8/21 | L | | |
| 109. Eclectic Investment Partners LP | | None | | | Sold | 12/30 | M | | |
| 110. Kinderhook Capital I LP | H1 | Distribution | P1 | U | Buy (add'l) | 3/20 | K | | See Note #1 |
| 111. | | | | | Buy (add'l) | 12/31 | K | | |
| 112. | | | | | Sold (part) | 3/20 | O | | |
| 113. | | | | | Sold (part) | 12/31 | M | | |
| 114. Morris Global Strategies LP | E | Distribution | P1 | U | | | | | See Note # 1 |
| 115. Capital World Grth & Income Fd Cl A(IRA) | D | Dividend | M | T | Buy (add'l) | 4/15 | J | | |
| 116. | | | | | Buy (add'l) | 10/7 | J | | |
| 117. Thornburg CRE GWT I | | None | L | T | | | | | |
| 118. Thornburg CRE GWT I | | None | K | T | | | | | |
| 119. Thornburg CRE GWT I(Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Long Island Power 5.5 12/1/09 | F | Interest | | | Sold | 11/10 | P1 | D | |
| 121. NYC GO 5.25 8/1/09 | D | Interest | M | T | | | | | |
| 122. NYS Dormitory 5.0 7/1/09 | C | Interest | M | T | | | | | |
| 123. NYS Power Auth 6.5 1/1/08 | B | Interest | | | Redeemed | 1/2 | L | | |
| 124. NYS GO 5.25 8/1/08 | F | Interest | | | Redeemed | 8/1 | P1 | | |
| 125. Erie Cnty NY 5.0 5/1/09 | D | Interest | M | T | | | | | |
| 126. NYS GO 6.0 11/15/08 | E | Interest | | | Redeemed | 11/15 | N | | |
| 127. Niagra Falls NY 5.625 6/15/10 | D | Interest | M | T | | | | | |
| 128. NYC GO 4.125 3/15/10 | C | Interest | M | T | | | | | |
| 129. NYC Transitional 5.25 11/15/11 | E | Interest | | | Sold | 11/10 | N | B | |
| 130. NYS Dormitory 5.0 2/15/11 | E | Interest | P1 | T | | | | | |
| 131. Suffolk County NY 5.0 2/1/09 | E | Interest | P1 | T | | | | | |
| 132. NYC Mun Water 5.8 6/15/29 | | None | | | Sold | 1/1 | P1 | | |
| 133. NYS Dormitory 5.75 2/15/08 | E | Interest | | | Redeemed | 2/15 | O | | |
| 134. NYS Dormitory 5.25 7/1/09 | E | Interest | N | T | Sold (part) | 11/10 | P1 | D | |
| 135. Yonkers NY 6.25 2/1/16 | E | Interest | N | T | | | | | |
| 136. NYS TWY Auth 5.25 4/1/08 | C | Interest | | | Redeemed | 4/1 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. NYC GO 5.125 3/15/19 | D | Interest | M | T | | | | | |
| 138. Nassau Cnty NY 4.0 11/15/08 | C | Interest | | | Redeemed | 11/17 | L | | |
| 139. JP Morgan Tax Free MM Premier Sweep | G | Interest | P1 | T | | | | | |
| 140. UTS Energy Corp (Com) | | None | | | Sold | 7/16 | M | E | |
| 141. Merrill Lynch Redi Assets (MM) | C | Dividend | | | Closed | 11/24 | J | | |
| 142. R Thompson Trucking(Subordinated Note) | D | Interest | K | T | | | | | |
| 143. R Thompson Trucking(Com) | | None | K | U | | | | | |
| 144. The EPI Co LLC Sub Note | D | Interest | K | T | | | | | |
| 145. ██████████████ | E | Distribution | P1 | U | | | | | See Note # 1 & Note # 4 |
| 146. --Snow Beverage Corp Preferred C | | None | | | Buy (add'l) | 9/17 | M | | See Note # 4 |
| 147. | | | | | Buy (add'l) | 10/13 | L | | See Note # 4 |
| 148. --Intent Mediaworks Ser A Preferred | | None | | | Sold | 3/26 | K | | |
| 149. --Intent Mediaworks Senior Convertible Promissory Note | | None | | | Sold | 3/26 | J | | |
| 150. -Dynova Laboratories Inc (Com) | | None | | | Buy (add'l) | 9/24 | N | | See Note # 4 |
| 151. Alba Advisors LLC | | None | J | U | | | | | |
| 152. Camulos Partners LP | | None | P1 | U | | | | | |
| 153. Capital SLI Group LLC | | None | P1 | U | Buy (add'l) | 3/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 4/2 | L | | |
| 155. CGI Partners, LP | G | Distribution | P2 | U | Buy (add'l) | 4/10 | K | | See Note # 1 |
| 156. | | | | | Buy (add'l) | 7/15 | N | | |
| 157. | | | | | Buy (add'l) | 10/10 | L | | |
| 158. | | | | | Buy (add'l) | 12/18 | N | | |
| 159. | | | | | Sold (part) | 12/18 | M | | |
| 160. Micell Technologies Inc.(Com) | | None | K | U | Sold (part) | 3/8 | J | | |
| 161. 441 East 57th Street LLC | | None | P1 | U | Buy (add'l) | 1/22 | N | | |
| 162. | | | | | Buy (add'l) | 2/14 | K | | |
| 163. | | | | | Buy (add'l) | 10/22 | N | | . |
| 164. Half Shell Entertainment Films LLC | | None | K | U | | | | | |
| 165. ICP D100 LLC | A | Distribution | M | U | | | | | See Note # 1 |
| 166. ICP D400 LLC | | None | M | U | | | | | |
| 167. ICP D200 LLC | | None | M | U | | | | | |
| 168. ICP 2800A LLC | | None | N | U | Sold (part) | 9/19 | J | | |
| 169. Linx Partners II LP | | None | P1 | U | Buy (add'l) | 4/2 | M | | |
| 170. | | | | | Buy (add'l) | 10/6 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 2/4 | K | | |
| 172. | | | | | Sold (part) | 10/6 | K | | |
| 173. Lone Cypress Company Ltd | F | Distribution | P1 | U | Sold (part) | 6/30 | M | | See Note # 1 |
| 174. 133 West 4th Street LLC | H1 | Distribution | | | Sold (part) | 1/15 | O | | See Note # 1 |
| 175. | | | | | Sold (part) | 2/29 | P1 | | |
| 176. | | | | | Sold | 12/31 | K | | |
| 177. SEEF Manager LLC | G | Distribution | | | Sold (part) | 7/21 | M | | See Note # 1 |
| 178. | | | | | Sold | 12/30 | J | | |
| 179. Sentinel Capital Investors III LP | E | Distribution | O | U | Buy (add'l) | 10/6 | L | | See Note # 1 |
| 180. | | | | | Buy (add'l) | 12/31 | J | | |
| 181. | | | | | Sold (part) | 5/13 | K | | |
| 182. | | | | | Sold (part) | 6/27 | J | | |
| 183. | | | | | Sold (part) | 12/31 | J | | |
| 184. SFM Participation II LP | F | Distribution | P2 | U | Buy (add'l) | 2/6 | P1 | | See Note # 1 |
| 185. | | | | | Sold (part) | 9/22 | L | | |
| 186. | | | | | Buy (add'l) | 9/25 | P1 | | |
| 187. Triad Liquidating Company LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. North Salem Acquisition & Development Fund 2005 LP | | None | M | U | Sold (part) | 2/2 | K | | |
| 189. | | | | | Sold (part) | 3/3 | K | | |
| 190. | | | | | Sold (part) | 4/4 | K | | |
| 191. | | | | | Sold (part) | 5/5 | K | | |
| 192. | | | | | Sold (part) | 6/2 | K | | |
| 193. | | | | | Sold (part) | 7/7 | K | | |
| 194. | | | | | Sold (part) | 8/20 | K | | |
| 195. | | | | | Sold (part) | 9/7 | K | | |
| 196. | | | | | Sold (part) | 10/7 | K | | |
| 197. | | | | | Sold (part) | 11/3 | K | | |
| 198. | | | | | Sold (part) | 12/31 | K | | |
| 199. Thornburg Core Growth Cl A (IRA) | | None | M | T | | | | | |
| 200. Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | J | T | | | | | |
| 201. Thornburg Invt Tr Intl Value Cl 1 | A | Dividend | J | T | | | | | |
| 202. Thornburg Invt Tr Intl Value Cl 1(Y) | | | | | | | | | |
| 203. Jetblue (Com) | | None | O | T | | | | | |
| 204. ML Institutional Fund MM | C | Dividend | | | Closed | 11/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Interactive Brokers LLC--Futures Fund | A | Interest | M | T | Buy (add'l) | 9/22 | L | | |
| 206. ICP D600 LLC | | None | | | Closed | 12/31 | | | See Note # 5 |
| 207. ICP 2800B LLC | | None | J | U | Sold (part) | 8/29 | L | | |
| 208. 383-391 West 12th St LLC | | None | P1 | U | Buy (add'l) | 6/15 | K | | |
| 209. Aisling Capital II LP | | None | P1 | U | Buy (add'l) | 1/9 | L | | |
| 210. | | | | | Buy (add'l) | 4/11 | N | | |
| 211. | | | | | Buy (add'l) | 10/30 | J | | |
| 212. | | | | | Buy (add'l) | 12/15 | M | | |
| 213. By The Way Productions LLC | | None | L | U | Buy (add'l) | 2/25 | J | | |
| 214. HMLP Private Investor LLC | | None | P1 | U | | | | | |
| 215. IM Safer Inc. Preferred Ser A | | None | | | Sold | 3/18 | K | | |
| 216. J K & B Capital V LP | | None | P1 | U | Buy (add'l) | 2/28 | M | | |
| 217. | | | | | Buy (add'l) | 6/11 | K | | |
| 218. | | | | | Buy (add'l) | 6/30 | K | | |
| 219. | | | | | Buy (add'l) | 9/8 | M | | |
| 220. | | | | | Buy (add'l) | 10/6 | L | | |
| 221. | | | | | Buy (add'l) | 12/3 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. SEEF II LP | | None | P1 | U | Buy (add'l) | 4/8 | O | | |
| 223. | | | | | Buy (add'l) | 11/17 | N | | |
| 224. Stafford Logistics Inc. Promissory Note | C | Interest | | | Redeemed | 2/4 | K | | |
| 225. Stafford Logistics Inc (Com) | | None | L | U | | | | | |
| 226. Towerbrook Investors II Executive Fund LP | | None | P1 | U | Buy (add'l) | 1/14 | O | | |
| 227. | | | | | Sold (part) | 1/14 | M | | |
| 228. | | | | | Sold (part) | 8/16 | K | | |
| 229. | | | | | Sold (part) | 11/20 | K | | |
| 230. Trident VI LP | | None | N | U | Buy (add'l) | 3/7 | K | | |
| 231. | | | | | Buy (add'l) | 6/16 | K | | |
| 232. | | | | | Buy (add'l) | 10/16 | K | | |
| 233. Kinderhook Capital Fund II LP | | None | P1 | U | Buy (add'l) | 1/24 | N | | |
| 234. | | | | | Buy (add'l) | 6/17 | L | | |
| 235. | | | | | Buy (add'l) | 7/14 | N | | |
| 236. | | | | | Buy (add'l) | 9/8 | M | | |
| 237. Kohls Corp (Com). | | None | N | T | | | | | |
| 238. Thornburg Inv. Tr Intl Value Cl I Fund (Foundation #1) | E | Dividend | | | Sold (part) | 1/7 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. | | | | | Sold (part) | 4/3 | M | E | |
| 240. | | | | | Sold (part) | 5/23 | M | E | |
| 241. | | | | | Sold (part) | 9/29 | O | | |
| 242. | | | | | Sold | 11/13 | O | | |
| 243. North Salem Aquisition & Dev Fund 2005 LP-Preferred Equity | F | Interest | N | T | Sold (part) | 12/31 | M | | |
| 244. KPB Partners LP | | None | P1 | U | | | | | |
| 245. NYS Convention Center 5.75 % due 6/1/08 | E | Interest | | | Redeemed | 6/2 | O | | |
| 246. Childrens Trust Fund-Puerto Rico 5 % due 7/1/08 | E | Interest | | | Redeemed | 7/1 | N | | |
| 247. NYS Dormitory 5.25 % due 5/15/09 | D | Interest | N | T | | | | | |
| 248. NYS Dormitory 5.125 % due 5/15/21 | E | Interest | | | Sold | 11/10 | O | C | |
| 249. NYS Thruway 5% due 4/1/10 | E | Interest | P1 | T | | | | | |
| 250. NYS Dormitory Authority 5.25% due 11/15/23 | F | Interest | P1 | T | | | | | |
| 251. Brookhaven NY 4..25% 1due 11/1/37 | E | Interest | P1 | T | Sold (part) | 11/3 | J | | |
| 252. Dutchess County NY 5 % due 8/1/11 | E | Interest | O | T | | | | | |
| 253. NYS Dormitory Zero Coupon due 8/15/40 | E | Interest | N | T | | | | | |
| 254. Puerto Rico 5 % due 7/1/09 | D | Interest | | | Sold | 1/22 | N | | |
| 255. City of NY Genl Pur 5 % due 8/1/12 | E | Interest | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | HI =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. NYS Dormitory 4.5 % due 7/1/11 | E | Interest | P1 | T | | | | | |
| 257. NYS Dormitory 7.5 % due 7/1/10 | E | Interest | M | T | Sold (part) | 7/1 | M | | |
| 258. NYS Local Gov't Assis Corp 5 % due 4/1/09 | E | Interest | | | Sold | 4/1 | P1 | | - |
| 259. City of NY Genl Pur adj rate due 8/1/16 | C | Interest | | | Sold | 2/19 | P1 | | |
| 260. City of NY Adj rate due 8/1/17 | C | Interest | | | Sold | 2/19 | N | | |
| 261. City of NY- Adj rate due 8/15/18 | C | Interest | | | Sold | 2/19 | N | | |
| 262. NYS Dormitory 5.25 % due 7/1/09 | F | Interest | N | T | | | | | |
| 263. Troy NY 5 % due 9/1/37 | E | Interest | P1 | T | | | | | |
| 264. NY NY 6.1 % due 6/15/31 | D | Interest | M | T | | | | | |
| 265. NYS Dormitory Adj rate due 11/15/29 | E | Interest | N | T | | | | | |
| 266. Thornburg-Income Builder Cl 1 | C | Dividend | K | T | | | | | |
| 267. Thornburg Global Opportunity Cl 1 | B | Dividend | K | T | | | | | |
| 268. Thornburg CRE GWT 1 (Trust # 2) | A | Dividend | K | T | | | | | |
| 269. Altria Corp(Com) | | None | | | Donated | | | | To Foundation #1 Line 381 |
| 270. Martin Marietta Materials Inc (Com) | | None | | | Donated | | | | To Foundation # 1 Line 383 |
| 271. Morgan Stanley Bank (Savings) | A | Interest | K | T | | | | | |
| 272. Morgan Stanley Bank (Savings) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Morgan Stalney Bank (Savings)(Y) | | | | | | | | | |
| 274. Morgan Stanley-Cash Account | | None | | | Closed | 1/2 | K | | |
| 275. Morgan Stanley-Cash Account | | None | | | Closed | 11/2 | K | | |
| 276. Morgan Stanley-Cash Account(Y) | | | | | | | | | |
| 277. Thornburg Global Opportunity Fd 1 | E | Dividend | | | Sold (part) | 7/22 | P1 | E | |
| 278. | | | | | Sold | 11/11 | M | | |
| 279. Thornburg CRE GWT (IRA) | | None | J | T | | | | | |
| 280. Morgan Stanley Bank-(Savings) | C | Interest | J | T | | | | | |
| 281. Morgan Stanley Trust Bank-(Savings) | B | Interest | | | Closed | 7/31 | J | | |
| 282. Atticus Global LP | E | Distribution | O | U | | | | | See Note # 1 |
| 283. DLH Capital Partners LP | | None | | | Sold | 12/31 | N | | |
| 284. Inavein LLC | | None | L | U | | | | | |
| 285. Ironwood Management Partners Fund II LP | | None | M | U | Buy (add'l) | 1/8 | K | | |
| 286. | | | | | Buy (add'l) | 8/28 | K | | |
| 287. KCM Alphan Only Fund LP | G | Distribution | O | U | | | | | See Note # 1 |
| 288. Linx-Cimarron Energy Co-Invest, LLC | D | Interest | N | U | Buy (add'l) | 1/10 | J | | |
| 289. | | | | | Buy (add'l) | 4/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 7/21 | J | | |
| 291. Linx-McBride America Co-Invest, LLC | C | Interest | N | U | Buy (add'l) | 4/15 | K | | |
| 292. | | | | | Buy (add'l) | 12/8 | L | | |
| 293. MB Growth Partners II LP | C | Distribution | | | Sold | 7/21 | N | | See Note # 1 |
| 294. Olympus Capital Asia III LP | G | Distribution | | | Sold | 4/19 | P1 | | See Note # 1 |
| 295. The Optima Partners Focus Fund LLC | | None | | | Sold | 12/31 | O | | |
| 296. RGI Co Investment Fund LP(N/C RGI Partners II B LP | | None | O | U | | | | | |
| 297. RGI Partners Ltd | G | Distribution | P1 | U | Buy (add'l) | 5/5 | P1 | | See Note # 1 |
| 298. | | | | | Buy (add'l) | 9/15 | P1 | | |
| 299. | | | | | Buy (add'l) | 11/13 | O | | |
| 300. SC Capital (P) LP | | None | P1 | U | Buy (add'l) | 2/11 | O | | |
| 301. | | | | | Buy (add'l) | 3/7 | J | | |
| 302. | | | | | Buy (add'l) | 6/2 | J | | |
| 303. | | | | | Buy (add'l) | 8/19 | J | | |
| 304. | | | | | Buy (add'l) | 11/7 | J | | |
| 305. | | | | | Sold (part) | 2/28 | N | | |
| 306. Sire Global Partners LP | | None | | | Sold | 12/31 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. ▮▮▮▮▮▮▮ | | None | P1 | U | Buy (add'l) | 2/5 | N | | |
| 308. | | | | | Buy (add'l) | 3/17 | N | | |
| 309. | | | | | Buy (add'l) | 4/17 | L | | |
| 310. | | | | | Buy (add'l) | 6/13 | M | | |
| 311. | | | | | Buy (add'l) | 6/25 | M | | |
| 312. | | | | | Buy (add'l) | 7/10 | L | | |
| 313. | | | | | Buy (add'l) | 9/5 | P1 | | |
| 314. | | | | | Buy (add'l) | 10/15 | N | | |
| 315. | | | | | Sold (part) | 2/5 | O | | |
| 316. | | | | | Sold (part) | 5/16 | N | | |
| 317. | | | | | Sold (part) | 6/4 | M | | |
| 318. | | | | | Sold (part) | 6/13 | N | | |
| 319. | | | | | Sold (part) | 6/26 | L | | |
| 320. | | | | | Sold (part) | 8/21 | K | | |
| 321. ▮▮▮▮▮▮▮ | | None | O | U | | | | | |
| 322. ▮▮▮▮▮▮▮ | | None | P1 | U | | | | | |
| 323. Unigo LLC | | None | N | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. REN Private Investors LLC | | None | | | Sold | 1/2 | L | | |
| 325. Camulos Special Situations Fund LP | | None | M | U | Sold (part) | 6/1 | M | | |
| 326. ICP D600B LLC-Preferred Equity | | None | | | Closed | 12/31 | | . . . | See Note # 5 |
| 327. Wall Street Sources Inc(Com) | | None | O | U | | | | | |
| 328. Navagate Inc (Promissory Note) | | None | P1 | T | | | | | |
| 329. Omnilink Systems Inc (Ser B Preferred Stock) | | None | P1 | U | Buy (add'l) | 2/26 | M | | |
| 330. | | | | | Buy (add'l) | 8/19 | O | | |
| 331. American Home Food Products Inc (Com) | | None | N | U | | | | | |
| 332. IM Safer Inc-(Convertible Promissory Note) | | None | | | Closed | 12/31 | | | See Note # 5 |
| 333. Vanguard Prime Money Market FD(IRA) | B | Dividend | | | Sold | 4/2 | O | | |
| 334. Vanguard Short Term Inv Gr Inc (IRA) | D | Dividend | | | Sold | 4/2 | P1 | | |
| 335. Pend Vest LP | | None | N | T | | | | | |
| 336. Perseus Soros Partners | G | Distribution | O | T | Sold (part) | 2/22 | M | | See Note # 1 |
| 337. | | | | | Transferred (to line 365) | 12/18 | K | | See Note # 2 |
| 338. Syndicate Holdings Corp(Com) | | None | N | U | Buy (add'l) | 2/19 | M | | |
| 339. | | | | | Buy (add'l) | 4/30 | J | | |
| 340. | | | | | Buy (add'l) | 12/22 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. City of NY 5.35% Due 8/1/12 | D | Interest | K | T | Buy | 3/15 | M | | |
| 342. | | | | | Sold (part) | 11/8 | M | | |
| 343. MTA 5.00 Due 11/15/10 | E | Interest | O | T | Buy | 2/26 | O | | |
| 344. NYS Dorm 4 % Due 7/1/08 | D | Interest | | | Buy | 3/4 | N | | |
| 345. | | | | | Redeemed | 7/1 | N | | |
| 346. NYS Dorm 5.75 % Due 7/1/09 | E | Interest | N | T | Buy | 3/5 | P1 | | |
| 347. | | | | | Sold (part) | 7/1 | O | | |
| 348. NYS Dorm 5.75 Due 7/1/13 | E | Interest | P1 | T | Buy | 3/12 | P1 | | |
| 349. City of NY 5.5 % Due 8/1/12 | D | Interest | N | T | Buy | 3/20 | N | | |
| 350. State of NY Mtg Agency 3.125 % Due 10/1/11 | D | Interest | O | T | Buy | 3/20 | O | | |
| 351. State of NY Mtg Agency 2.875 % Due 4/1/10 | D | Interest | N | T | Buy | 3/20 | N | | |
| 352. NYS Dorm 5.7 Due 7/1/13 | D | Interest | P1 | T | Buy | 4/22 | P1 | | |
| 353. City of NY Health & Hosp 4 % Due 2/15/13 | | None | O | T | Buy | 8/27 | O | | |
| 354. County of Oneida 5 % Due 9/15/10 | D | Interest | | | Buy | 9/25 | P1 | | |
| 355. | | | | | Sold | 11/10 | P1 | | |
| 356. NYS Mtg Agency 5 % Due 10/1/17 | A | Interest | N | T | Buy | 9/15 | O | | |
| 357. State of NY Dorm 4 % Due 9/1/12 | | None | O | T | Buy | 12/8 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 | L =$50,001 - $100,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. State of NY Dorm 4.125 % Due 4/1/13 | | None | N | T | Buy | 12/8 | N | | |
| 359. Perseus Soros BioPharmaceutical Fund LP | | None | K | U | Buy | 6/15 | K | | |
| 360. | | | | | Transferred (to line 366) | 12/18 | J | | See Note # 3 |
| 361. Safe Bulkers Inc(Com) | | None | J | T | Buy | 10/13 | K | | |
| 362. iRobot (Com) | | None | | | Transferred (from line 57) | 10/28 | J | | See Note # 2 |
| 363. | | | | | Sold | 11/13 | J | B | |
| 364. Auxilium Pharmaceutical Inc(Com) | | None | | | Transferred (from line 82) | 12/18 | K | | See Note # 2 |
| 365. | | | | | Transferred (from line 337) | 12/18 | K | | See Note # 2 |
| 366. | | | | | Transferred (from line 360) | 12/18 | J | | See Note # 2 |
| 367. | | | | | Sold | 12/2 | M | G | |
| 368. ICP D100 LLC(Working Capital Loan) | | None | K | T | Buy | 6/25 | K | | |
| 369. ICP D 200 LLC (Working Capital Loan) | | None | L | T | Buy | 4/25 | L | | |
| 370. 383-391 West 12th Street LLC(Working Capital Loan) | | None | M | T | Buy | 4/15 | M | | |
| 371. Aerothrust Engine Leasing Inc (Notes Receivable) | | None | N | T | Buy | 7/21 | N | | |
| 372. Artisanal Cheese LLC(Bridge Loan) | C | Interest | M | T | Buy | 10/10 | M | | |
| 373. Nimblegen (Com) | | None | J | U | Buy | 4/1 | J | | |
| 374. | | | | | Sold (part) | 4/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Nassau Point Partners I LP | G | Distribution | K | U | Buy | 1/2 | K | | See Note # 1 |
| 376. | | | | | Sold (part) | 10/30 | M | | |
| 377. Nassau Point Partners II LP | G | Distribution | J | U | Buy | 1/2 | J | | See Note # 1 |
| 378. | | | | | Sold (part) | 10/31 | M | | |
| 379. Synergy Bev Ser A (Preferred Stock) | | None | M | U | Buy | 3/5 | M | | |
| 380. Synergy Bev Ser B (Preferred Stock) | | None | M | U | Buy | 10/21 | M | | |
| 381. Altria Corp (Com)Foundation # 1) | | None | | | Transferred (from line 269) | 1/9 | O | | |
| 382. | | | | | Sold | 1/9 | O | | |
| 383. Martin Marietta Materials Inc(Com)(Foundation # 1) | | None | | | Transferred (from line 270) | 1/9 | N | | |
| 384. | | | | | Sold | 1/9 | N | | |
| 385. Vornado Realty Trust Com (Foundation # 1) | | None | | | Buy | 12/1 | M | | |
| 386. | | | | | Sold | 12/10 | M | E | |
| 387. IBM Corp (Com)(Foundation # 1) | | None | M | T | Buy | 12/1 | M | | |
| 388. Thornburg Global Opportunity Fd(Foundation #1) | D | Dividend | | | Buy | 1/16 | O | | |
| 389. | | | | | Sold | 11/13 | O | | |
| 390. Camulos 1301 I Street LLC | C | Distribution | K | U | Buy | 1/2 | K | | See Note # 1 |
| 391. Camulos BioEnergy Debt Holdings LLC | | None | M | U | Buy | 1/2 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 1/6 | L | | |
| 393. Camulos BioEnergy Partners LLC | | None | K | U | Buy | 1/2 | K | | |
| 394. | | | | | Buy (add'l) | 1/6 | K | | |
| 395. Camulos Fountain Hills Partners LLC | | None | L | U | Buy | 1/2 | L | | |
| 396. | | | | | Buy (add'l) | 1/6 | L | | |
| 397. Camulos Gateway HI Partners LLC | | None | K | U | Buy | 1/2 | K | | |
| 398. Camulos Gateway RH Partners LLC | | None | K | U | Buy | 1/2 | K | | |
| 399. Camulos Granite Ridge Partners LLC | E | Distribution | M | U | Buy | 1/2 | N | | See Note # 1 |
| 400. Asling Investors III LP | | None | J | U | Buy | 11/7 | J | | |
| 401. Eastern Growth Capital I LP | E | Distribution | N | U | Buy | 7/21 | N | | See Note # 1 |
| 402. Eastern Growth Capital II LP | | None | L | U | Buy | 7/14 | L | | |
| 403. Eastern Growth Capital II LP(IRA) | | None | M | U | Buy | 11/3 | M | | |
| 404. Linx-Metaltech Co Investment LLC | C | Distribution | M | U | Buy | 10/28 | M | | See Note # 1 |
| 405. | | | | | Sold (part) | 12/23 | J | | |
| 406. Olympus Capital Asia IV LP | | None | O | U | Buy | 4/9 | O | | |
| 407. Stag Investments IV LP | E | Distribution | N | U | Buy | 5/9 | N | | See Note # 1 |
| 408. | | | | | Buy (add'l) | 7/21 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 11/14 | L | | |
| 410. | | | | | Sold (part) | 10/9 | J | | |
| 411. | | | | | Sold (part) | 12/31 | K | | |
| 412. Safeway Inc(Com) | B | Dividend | | | Buy | 5/8 | N | | |
| 413. | | | | | Sold | 9/30 | M | | |
| 414. American Internationsal Group Inc.(Com) | | None | K | T | Buy | 9/23 | K | | |
| 415. UBS Bank Dep Account(MM) | A | Interest | J | T | Buy | 12/1 | K | | |
| 416. MSTIT Liquid Aset(MM)(IRA) | E | Dividend | | | Buy | 4/2 | P1 | | |
| 417. | | | | | Closed | 11/4 | P1 | | |
| 418. Safe Bulkers Inc (Com)(IRA) | E | Dividend | M | T | Buy | 5/28 | N | | |
| 419. Eastern Growth Capital II LP (IRA) | | None | M | U | Buy | 11/4 | M | | |
| 420. JP Morgan High Yeild Bond Fund(IRA) | | None | N | U | Buy | 12/3 | N | | |
| 421. JP Morgan Cash Fund (MM)(IRA) | B | Interest | P1 | U | Buy | 11/4 | P1 | | |
| 422. The Eroica Fund LP | | None | L | U | Buy | 9/22 | L | | |
| 423. Towerbrok Investors III Executive Fund LP | | None | N | U | Buy | 11/13 | N | | |
| 424. Tactics II Stem Cell Ventures QP LP | | None | O | U | Buy | 6/26 | L | | |
| 425. | | | | | Buy (add'l) | 9/25 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Cellular Dynamics International Inc(Pref A) | | None | L | U | Buy | 10/31 | L | | |
| 427. Target Moderate Alloc Fund A(401k) | | None | J | T | Buy | 1/18 | J | .. . | |
| 428. Thornburg Intl Val Fd R#(401k) | | None | J | T | Buy | 1/18 | J | | |
| 429. | | | | | | | | | |
| 430. | | | | | | | | | |
| 431. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note #1
Explanation Re:Section VII Item #'
4,14,26,35,36,37,53,54,58,61,80,83,86,90,110,114,145,155,165,173,174,177,179,184,282,287,293,294,297,336,375,377,390,399,401,404,407
The income from investments in Limited partnerships usually contain more than one type of income. For income valuation purposes,the various amounts were combined to determine the amount code in column B(1)The type of income in column B(2)is labeled "distribution", to denote more then one category of income was contained in schedule K-1 received from the partnership.

Note # 2
Explanation Re:Section VII Item #'s 362,364,365,366
These securities were not purchased but were received from time to time as in-kind distributions from the various Limited Partnerships These securities are listed as a "Transferred from" in column D(1). The date in column D(2) is the effective date of the distribution. The Value in column D(3) is the distributees's pro rate share of the total acquisition of the assets by the Limited Partnership, as reported by the General Partner.

Note # 3
Explanation Re:Section VII Item # 57,82,337,360
The Limited Partnership distributed shares of securites that were purchased and held by the partnership, This information is noted as "Transferred to"" in Column D(1). The date the shares were distributed is listed in Column D(2). The value in column D(3) is the distributee's pro rata share of the total acqusition of the assets by the Limited Partnership,as reported by the General Partner. The transfer relates only to the specific security. The entire partnership was not transferred.

Note # 4
Explanation Section VII Item # 145,146,147,150
████████████████████ s a Sub-chapter S corporation owned 100%████████████████████The corportaion purchased various secuities during 2008 and are listed below the corporation The value of the securities are included in the total indicated on line 145 Column C(1)

Note # 5
Explanation Section VII Item # 206,326,332
These investmennts are worthless as of December 31, 2008. The assets are listed as "Closed" in Column D(1). The date in Column D(2) is December 31, 2008. The value in Colum D(3) is blank since no value was derived from the worthless investment. .

| Name of Person Reporting | Date of Report |
|---|---|
| McMahon, Colleen | 08/07/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur

8/10/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544